QUAKER MAID, INC., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 11421.   Promulgated January 27, 1928.

*Attilla Cox, Esq.*, and *E. J. Wells, Esq.*, for the petitioner.
*M. N. Fisher, Esq.*, for the respondent.

LITTLETON: The Board is of the opinion that the Commissioner was in error in reducing the earnings available for the payment of the dividends in question by the amount of the tentative income and profits tax computed upon the net income for the year prorated to the date of payment of the dividend. Appeal of *L. S. Ayers & Co.*, 1 B. T. A. 1135; *All America Cables, Inc.*, 10 B. T. A. 213.

*Judgment will be entered on 15 days' notice, under Rule 50.*